# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 13, 2021

Lyle W. Cayce
Clerk

No. 20-40318

Billy D. Burleson, III; John J. Mark; Craig A. Bennight,

*Plaintiffs—Appellants*,

*versus*

Collin County Community College District,

*Defendant—Appellee*.

---

Appeal from the United States Court of Appeals
for the Eastern District of Texas
USDC No. 4:17-CV-749

---

Before Smith and Ho, *Circuit Judges*, and Barker, *District Judge*.*
Per Curiam:**

Plaintiffs Billy Burleson, John Mark, and Craig Bennight sued Collin County Community College under 42 U.S.C. § 1983, alleging that they were retaliated against in violation of the First Amendment. Upon review of the record and in light of the extensive analysis provided by the magistrate judge

---

* District Judge of the Eastern District of Texas, sitting by designation.

** Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40318

and district court—and considering the plaintiffs' failure to address the fatal defects that have been repeatedly pointed out to them—we affirm.